

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00106-CV

**SINKIN & BARRETTO, P.L.L.C.** and Stephanie Bandoske as Personal Representative of the
Estate of Arthur Gregory Augustine, Deceased,
Appellants

v.

**COHESION PROPERTIES, LTD.**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-00637
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's memorandum opinion of this date, the trial court's denial, by operation of law, of Appellants' motion to dismiss under the Texas Citizens Participation Act is REVERSED and this case is REMANDED to the trial court for proceedings consistent with this opinion. It is ORDERED that Appellants Sinkin & Barretto, P.L.L.C. and Stephanie Bandoske as Personal Representative of the Estate of Arthur Gregory Augustine, Deceased, recover their costs on appeal from Appellee Cohesion Properties, Ltd.

SIGNED April 28, 2021.

_____
Irene Rios, Justice